862

No. 78–6898.   ELMS v. UNITED STATES ET AL.   C. A. 3d Cir. Certiorari denied.

No. 78–6902.   YOUNG v. ATTORNEY GENERAL OF NEW MEXICO.   C. A. 10th Cir.   Certiorari denied.

No. 78–6907.   McRAE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–6908.   LINGER v. WEISS, JUDGE, ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 78–6909.   JACKSON v. DUCKWORTH, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 78–6910.   HARRIS ET VIR v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 78–6913.   SPERMAN ET VIR v. CODD, POLICE COMMISSIONER OF NEW YORK CITY.   C. A. 2d Cir.   Certiorari denied.

No. 78–6914.   BERRY v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–6915.   LOCKETT v. GARRISON, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 78–6916.   BRADY ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–6917.   GARDNER v. CONTROL NETWORKS CORP. ET AL. App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 78–6918.   HEGWOOD v. LANDRY ET AL.   C. A. 5th Cir. Certiorari denied.

No. 78–6919.   TORRES, AKA LOPEZ v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.